

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-14-00480-CV

**STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF J.B.,** As a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-2140
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on January 23, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2015.

_____
Keith E. Hottle
Clerk of Court